UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | |
|---|---|
| Lisa Hodge, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Champion Petfoods USA Inc. and Champion Petfoods LP,<br><br>Defendants. | Case No. 1:18-cv-248<br>Judge Timothy S. Black |

### PLAINTIFF LISA HODGE'S NOTICE OF
### VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lisa

Hodge ("Plaintiff") by and through counsel, hereby voluntarily dismisses this action with

prejudice.  Each party to bear its own costs.

Dated:    January 31, 2020

Respectfully submitted,

/s/ Richard S. Wayne
Richard S. Wayne (OH. Atty. No. 0022390)
Joseph J. Braun
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, OH  45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
E-mail: rswayne@strausstroy.com
E-mail: jjbraun@strausstroy.com

OF COUNSEL:

Phyllis E. Brown
Adam S. Brown
BROWN LAW FIRM LLC

250 East Fifth Street, Suite 1500
Cincinnati, OH  45202
Telephone: (513) 878-2700
Facsimile: (513) 241-6464
E-mail: pbrown@blfohio.com
E-mail: abrown@blfohio.com

Ben Barnow (*admitted pro hac vice*)
BARNOW & ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
E-mail: b.barnow@barnowlaw.com
E-mail: e.schork@barnowlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically this 31st day of January, 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  If a party is not given notice electronically through the Court's system, a copy will be served by ordinary United States mail, first class postage prepaid, this 31st day of July, 2020.

/s/ Richard S. Wayne
Richard S. Wayne (OH. Atty. No. 0022390)

045688.983.13847300.1.

2